IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

SERVIS ONE INC,                                        *

           Plaintiff,                           *

v.                                                                    Case No. 5:25-cv-228 (CAR)

                                   *

ERICA MESCHELLE BROWN, et al.,

                                   *

           Defendants.

                                   *

                                   *

## **J U D G M E N T**

Pursuant to this Court's Order dated March 27, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 27th day of March, 2026.

                                 David W. Bunt, Clerk


                                 s/ Katie Logsdon, Deputy Clerk